IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

DAVID ADAM MOUDY                                                                                   PLAINTIFF

v.                                                                      CIVIL ACTION NO. 3:22CV395-HTW-LGI

VILLAGE CAPITAL & INVESTMENT, LLC                                                DEFENDANT

## ORDER STAYING DISCOVERY AND CANCELLING CONFERENCE

A Motion to Remand [Doc. 11 – "Motion to Amend/Correct – Motion to Remand"] has been filed herein. Rule 16(b)(1)(B) of the Local Uniform Civil Rules for the Northern and Southern Districts of Mississippi provides:

> A motion to remand ... will stay the attorney conference and disclosure requirements and all discovery not relevant to the remand requirements and all discovery not relevant to the remand ... issue and will stay the parties' obligation to make disclosures pending the court's ruling on the motions.

The proceedings in this case are therefore stayed pursuant to the Local Rules.

All matters related to the remand motion, dispositive and non-dispositive, shall be submitted to the District Judge assigned to this case unless otherwise directed by the referral of specific remand issues to the Magistrate Judge for resolution or recommendation.

Counsel for plaintiff shall promptly notify the Magistrate Judge of the entry of any order denying the Motion to Remand and shall submit a proposed order lifting the stay. Within fourteen (14) days of entry of the order lifting the stay, the parties shall confer as outlined in L.U.Civ.R. 26(c) and all other deadlines will be determined accordingly. A telephonic case management conference shall be scheduled within sixty (60) days of the lifting of the stay. The parties should notify the court by letter if within thirty (30) days of the lifting of the stay they have not received notice of the case management conference.

The Telephonic Case Management Conference set for December 7, 2022 is hereby cancelled.

ORDERED 12/6/2022

/s/LaKeysha Greer Isaac
UNITED STATES MAGISTRATE JUDGE